DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **ROBERT REEDOM,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>) Civil Action No. 2013-0095<br>**SABRA A. CRAPPELL and** )<br>**STATE FARM MUTUAL AUTOMOBILE** )<br>**INSURANCE COMPANY,** )<br>)<br>**Defendants.** )<br>_____ ) | |

**Appearances:**
**Robert Reedom,** *Pro Se*
New Iberia, LA

**Andrew C. Simpson, Esq.,**
St. Croix, U.S.V.I.
   *For Defendant*

## ORDER ADOPTING REPORT AND RECOMMENDATION

**Lewis, Chief Judge**

THIS MATTER comes before the Court for consideration of the Report and Recommendation of United States Magistrate Judge George W. Cannon, Jr. (Dkt. No. 16). Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter was referred to Magistrate Judge Cannon for submission of a report and recommendation ("R&R"). Magistrate Judge Cannon filed his R&R on March 17, 2016. In that filing, the Magistrate Judge recommended that the Court dismiss the Complaint in this matter on the grounds that it is "frivolous and/or malicious" pursuant to 28 U.S.C. § 1915(e)(2)(B), and also that the Court lacks subject matter jurisdiction over the Complaint, pursuant to 28 U.S.C. §§ 1331 and 1332.

This Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made pursuant to 28 U.S.C. § 636(b)(1)(C). However, the Court is not required to review the factual or legal conclusions of the magistrate judge, under a *de novo* or any other standard, as to those portions of the findings or recommendations to which no objections are made. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *Henderson v. Keisling*, 386 F. App'x 164, 166 (3d Cir. 2010); *Goney v. Clark*, 749 F.2d 5, 6 (3d Cir. 1984).

Here, objections to Magistrate Judge Cannon's R&R were due within fourteen days after Plaintiff Patrick Reedom was served with a copy, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The docket reflects that a copy of the R&R was mailed to Reedom at the address on file on March 17, 2016. (Dkt. No. 17). To date, no objections have been filed.

Upon independent review of the record in this case, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation (Dkt. No. 16) should be adopted.

Accordingly, it is hereby

**ORDERED** that Magistrate Judge Cannon's R&R is **ADOPTED** for the reasons more fully stated in the Magistrate Judge's R&R; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk of Court shall mark this case **CLOSED**; and it is further

**ORDERED** that the Clerk of Court shall provide a copy of this Order to Plaintiff Reedom by certified mail, return receipt requested.

**SO ORDERED**.

Date: September 23, 2016 _____/s/_____
WILMA A. LEWIS
Chief Judge